# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 633 |
| | : | |
| ORDER  AMENDING RULE | : | CIVIL PROCEDURAL RULES |
| 1915.4-4 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| CIVIL PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2015, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been published for public comment in the *Pennsylvania Bulletin*, 45 Pa.B. 1606 (April 4, 2015):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1915.4-4 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on January 1, 2016.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.